IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

ANDREA HUGHES,                    :
                                  :    Case No. 1:12-cv-00343
        Plaintiff,                :
                                  :    Hon. Susan J. Dlott
v.                                :
                                  :
SUNCOKE ENERGY, INC.              :
                                  :
        Defendant.                :
                                  :

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Andrea Hughes and Defendant Suncoke Energy, Inc., by and through counsel, hereby hereby agree to the entry of this Order of Dismissal with Prejudice, and it is accordingly,

**ORDERED** that all claims in this action are dismissed *with prejudice*, each party to bear her or its own costs and attorneys' fees. This terminates the entire action.

Entered this 5th day of July, 2012.

_____
Judge Dlott

APPROVED FOR ENTRY:

| | |
|---|---|
| */s/ Gregory R. Mansell* | */s/ Angela J. Rapp* |
| Danny L. Caudill (0078859) | Nathaniel Lampley, Jr. (0041543) |
| Gregory R. Mansell (0085197) | Angela J. Rapp (0080928) |
| 7240 Muirfield Drive | VORYS, SATER, SEYMOUR AND PEASE LLP |
| Dublin, Ohio 43017 | 301 East Fourth Street, Suite 3500 |
| | Great American Tower |
| | Cincinnati, OH 45202 |
| *Counsel for Plaintiff* | Tel: (513) 723-4616 |
| | Fax: (513) 852-7869 |

Philip B. Phillips (P55885) (pro hac vice)
Michael W. Groebe (P66310) (pro hac vice)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Tel: (313) 234-7109
Fax: (313) 234-2800

June 29, 2012                    *Counsel for Defendant*